

**ORDERED in the Southern District of Florida on August 03, 2011.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: ) | Case No. 10-26989-BKC-RAM |
| ) | |
| HARVEY HERNANDEZ, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| BRIARROSE INVEST, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. No.11-02014-BKC-RAM-A |
| ) | |
| HARVEY HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| SONEET KAPILA, Chapter 7 Trustee for ) | |
| the Estate of Harvey Hernandez, ) | |
| ) | |
| Plaintiff, ) | |

|  |  |  |
|---|---|---|
| vs. | ) | Adv. No. 11-02015-BKC-RAM-A |
|  | ) |  |
|  | ) |  |
| HARVEY HERNANDEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| _____ | ) |  |

**ORDER (1) CONSOLIDATING ADVERSARY PROCEEDINGS,
(2) ABATING § 523 COUNT, (3) EXTENDING THE TIME TO FILE
AN ANSWER, AND (4) CONTINUING PRETRIAL CONFERENCE**

On July 28, 2011, the Court conducted pretrial conferences in both of the above-captioned adversary proceedings. The Court decided to consolidate the trials of these adversary proceedings as to the 11 U.S.C. § 727 counts alleged in each complaint. Based on such consolidation, the Defendant acknowledged service of the summons and a copy of the complaint in *Kapila v. Hernandez*, Adv. No. 11-02015 (the "Trustee Adversary") and agreed to file an answer to that complaint. Therefore, and for the additional reasons stated on the record at the pretrial conferences, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. All counts of the Trustee Adversary, and Counts I through and including V (together, "the 11 U.S.C. § 727 Counts") of *Briarrose Invest, Ltd. v. Hernandez*, Adv. No. 11-02014 (the "Briarrose Adversary"), shall be consolidated for trial.

2. Count VI, the 11 U.S.C. § 523(a)(2)(B) count, of the Briarrose Adversary is abated pending conclusion of the consolidated trial of the Trustee Adversary and of the 11 U.S.C. § 727 Counts of the Briarrose Adversary. If any of the Plaintiffs prevail at the consolidated trial, Count VI of the Briarrose Adversary will be moot. If none of the Plaintiffs prevail at the consolidated trial, the Court will reschedule a pretrial conference in the Briarrose Adversary to address Count VI of the

Briarrose Adversary.

3. Discovery in the Briarrose Adversary and in the Trustee Adversary shall be consolidated such that discovery requests made in the Briarrose Adversary are deemed discovery requests made in the Trustee Adversary, and discovery responses submitted in the Briarrose Adversary are deemed discovery responses submitted in the Trustee Adversary. The parties are directed to avoid redundancy in their discovery requests.

4. Any paper served in either the Briarrose Adversary or the Trustee Adversary must be served on (i) counsel for Plaintiff Briarrose Invest, Ltd., (ii) counsel for Plaintiff Soneet Kapila, Chapter 7 Trustee, and (iii) James B. Miller, Esq., counsel for the Defendant.

5. By August 29, 2011, the Defendant shall file an answer to the complaint in both the Briarrose Adversary and the Trustee Adversary.

6. The pretrial conference in the above-captioned adversary proceedings is continued to November 3, 2011 at 10:30 a.m.. The pretrial conference will be conducted at the U.S. Bankruptcy Court, 51 S.W. 1st Ave., Courtroom 1406, Miami, Florida 33130.

7. The trial date will be set at the pretrial conference.

8. The parties shall comply with the requirements set forth in the initial Order Setting Filing and Disclosure Requirements for Pretrial and Trial. The time deadlines in the Order, as they relate to the pretrial conference, shall refer to the rescheduled date.

###

Copies Furnished To:

James B. Miller, Esq.

Ileana Espinosa Christianson, Esq.

Daniel N. Gonzalez, Esq.