UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                          Chapter 7

HARVEY HERNANDEZ,

    Debtor(s).                     Case No. 10-26989-BKC-RAM
_____/

SONEET KAPILA, CHAPTER 7 TRUSTEE    Adv. Case No. 11-02015-RAM
FOR THE ESTATE OF HARVEY HERNANDEZ,

    Plaintiff,
v.

HARVEY HERNANDEZ,

    Defendant.
_____/

**NOTICE OF NON-SERVICE AND REQUEST FOR ISSUANCE OF
ALIAS SUMMONS DIRECTED TO HARVEY HERNANDEZ**

Soneet Kapila, the Chapter 7 Trustee for the Estate of Harvey Hernandez (the "*Trustee*" and/or "*Plaintiff*"), by and through his undersigned counsel and pursuant to Local Rule 7004-2, files this Notice of Non-Service and Request for Issuance of Alias Summons directed to Harvey Hernandez.

Dated: September 9, 2011.

                                              s/ Daniel N. Gonzalez
                                              Daniel N. Gonzalez, Esquire
                                              Florida Bar No. 592749
                                              dgonzalez@melandrussin.com
                                              MELAND RUSSIN & BUDWICK, P.A.
                                              3000 Southeast Financial Center
                                              200 South Biscayne Boulevard
                                              Miami, Florida  33131
                                              Telephone: (305) 358-6363
                                              Telecopy: (305) 358-1221
                                              *Attorneys for Plaintiff*