UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                           Chapter 7

HARVEY HERNANDEZ,

      Debtor(s).                  Case No. 10-26989-BKC-RAM

_____/

SONEET KAPILA, CHAPTER 7 TRUSTEE     Adv. Case No. 11-02015-RAM
FOR THE ESTATE OF HARVEY HERNANDEZ,

     Plaintiff,

v.

HARVEY HERNANDEZ,

     Defendant.

_____/

## **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

      Soneet Kapila, Chapter 7 Trustee for the Estate of Harvey Hernandez, (the "***Plaintiff***") by

and through his undersigned counsel, hereby files his Rule 26(a)(1) Initial Disclosures pursuant

to Federal Rules of Civil Procedure 26(a)(1) and states the following:

      (A)    *The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:*

Harvey Hernandez
c/o James Miller, Esq.
19 West Flagler Street, Suite 416
Miami, Florida 33130
305-374-0200

Raul de Varona
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway, Suite 302
Coral Gables, Florida 33146
305-539-3814

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8302/8302-3/00973512.DOCX.}

Camilo Lopez
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Barbara Besu
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Luis Boschetti
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Kenneth Baboun
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Luis Restrepo
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Manuel Hernandez
ADDRESS UNKNOWN

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8302/8302-3/00973512.DOCX.}

Vanessa A. Hernandez
690 Solano Prado
Coral Gables, FL 33156

Nora Gallego, Esq.
232 Andalusia Avenue
Suite 202
Coral Gables, FL 33134

Carlos Atencio
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Ronald Ascanio
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Douglas Ascanio
c/o Luis Salazar, Esq.
Infante Zumpano
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
305-539-3814

Ximena Penuela
Address Unkown

Any and all witnesses listed on all other parties' Rule 26(a)(1) and (2) disclosures and any and all other witnesses deemed necessary upon receipt and review of discovery responses.

The Plaintiff will supplement this list as additional individuals with relevant knowledge become known.

(B)    *A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:*

1. Copies of bank statements and bank records from the following financial institutions:
   - Bank of America
   - Charles Schwab & Co.
   - Merrill Lynch
   - Coconut Grove Bank
   - Mercantil Commerce Bank
   - Ocean Bank
   - Bank Atlantic
   - Eastern National Bank

2. Copies of documents produced by Biscayne Atlantic Group.

3. Copies of all records produced by The Solution Group.

4. Copies of all documents produced by REF Broward, LLC.

5. Copies of all documents produced by MH Real Estate Holdings, LLC.

6. Miami-Dade and Broward County public records regarding properties owned by MH Real Estate Holdings, LLC, MH Real Estate Holdings Group I, LLC,  MH Real Estate Holdings Group II, LLC, MH Real Estate Holdings Group III, LLC, REF Broward, LLC, TB Equity Holdings, LLC, Caza Investments, LLC, Federal IV, LLC, DB Fund, LLC, Teamwork Capital, LLC, and HAP Realty, LLC.

The Plaintiff will supplement this disclosure as additional relevant documents are discovered or additional documents become relevant in light of further discovery.

(C)     *A computation of any category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.*

The Plaintiff has not yet computed its damages.  However, the Plaintiff is seeking no less than the amount of the transfers identified in the Plaintiff's complaint.  The Plaintiff will supplement this disclosure as additional relevant information is discovered.

(D)     *For inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

Not applicable at this time.

The Plaintiff reserves the right to amend his Initial Disclosures.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 4, 2011, a true and correct copy of the foregoing was filed with the Court via the Court's Notice of Electronic Filing and served via U.S. Mail upon the parties listed on the attached Exhibit "1".

<u>s/ Daniel N. Gonzalez</u>
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Plaintiff*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8302/8302-3/00973512.DOCX.}

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146

James B. Miller, Esq.
19 West Flagler Street, Suite 416
Miami, FL 33130

Ileana E. Christianson, Esq.
GrayRobinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, FL 33131

Exhibit 1