

ORDERED in the Southern District of Florida on November 8, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 10-26989-RAM

    HARVEY HERNANDEZ,             Chapter 7

    Debtor.
_____/
SONEET KAPILA, CHAPTER 7 TRUSTEE,

    Plaintiff,
                                    Adv. No. 11-02015-RAM
-vs-

HARVEY HERNANDEZ,

    Defendant.
_____/

## ORDER DISMISSING-AS-MOOT: ADVERSARY CASE

This matter came on before the Court, *sua sponte*, on November 3rd, 2011 at 3:00 p.m., wherein a hearing was held in the Parent case in regards to Debtor's Waiver of

Discharge, and the Court, finding this matter moot as a result of the Waiver of Discharge, does hereby

      ORDER and ADJUDGE that:

      1.  The instant Adversary Proceeding is DISMISSED.

###

Submitted by:

      James B. Miller, Esq.

Copies to (via ecf in pdf format):

      Daniel Gonzalez, Esq.

(Attorney Gonzalez shall serve a copy of this order via email to Mr. Miller).