United States Bankruptcy Court
Southern District of Florida

Kapila, Chapter 7 Trustee for the Estate,
        Plaintiff                                        Adv. Proc. No. 11-02015-RAM

Hernandez,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-1         User: oriol-ben        Page 1 of 2        Date Rcvd: Nov 09, 2011
                             Form ID: pdf005        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2011.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 10 2011 07:07:59    Office of the US Trustee,
           51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                  TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2011**                    **Signature:**    _Joseph Speetjens_

District/off: 113C-1          User: oriol-ben          Page 2 of 2          Date Rcvd: Nov 09, 2011
                             Form ID: pdf005          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2011 at the address(es) listed below:
            Daniel N Gonzalez    on behalf of Plaintiff Soneet Kapila, Chapter 7 Trustee for the Estate of
             Harvey Hernandez dgonzalez@melandrussin.com,  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
                                                                          TOTAL: 1



**ORDERED in the Southern District of Florida on November 8, 2011.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                               Case No. 10-26989-RAM

      HARVEY HERNANDEZ,              Chapter 7

      Debtor.
_____/

SONEET KAPILA, CHAPTER 7 TRUSTEE,

      Plaintiff,
                                Adv. No. 11-02015-RAM

-vs-

HARVEY HERNANDEZ,

      Defendant.
_____/

## ORDER DISMISSING-AS-MOOT:  ADVERSARY CASE

      This matter came on before the Court, *sua sponte*, on November 3rd, 2011 at 3:00 p.m., wherein a hearing was held in the Parent case in regards to Debtor's Waiver of

Discharge, and the Court, finding this matter moot as a result of the Waiver of Discharge, does hereby

ORDER and ADJUDGE that:

1.  The instant Adversary Proceeding is DISMISSED.

### ###

Submitted by:

James B. Miller, Esq.

Copies to (via ecf in pdf format):

Daniel Gonzalez, Esq.

(Attorney Gonzalez shall serve a copy of this order via email to Mr. Miller).