UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

HARVEY HERNANDEZ,

    Debtor(s).
_____/

Chapter 7

Case No. 10-26989-BKC-RAM

SONEET KAPILA, CHAPTER 7 TRUSTEE
FOR THE ESTATE OF HARVEY HERNANDEZ,

    Plaintiff,
v.

HARVEY HERNANDEZ,

    Defendant.
_____/

Adv. Case No. 11-02015-RAM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the *Order Dismissing-As-Moot: Adversary Case* [ECF No. 15] was served on November 9, 2011, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit "1" and was served on November 16, 2011, via electronic mail upon: James B. Miller, Esq. 19 W. Flagler Street, Suite 416, Miami, FL 33130; jbm@title11law.com.

Dated: November 16, 2011.

                                        s/ Daniel N. Gonzalez
                                        Daniel N. Gonzalez, Esquire
                                        Florida Bar No. 592749
                                        dgonzalez@melandrussin.com
                                        MELAND RUSSIN & BUDWICK, P.A.
                                        3000 Southeast Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, Florida 33131
                                        Telephone: (305) 358-6363
                                        Telecopy: (305) 358-1221

                                        *Attorneys for Plaintiff*

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com
Do not notice for BK case:

Message-Id:<20633533@FLSB.USCOURTS.GOV>
Subject:11-02015-RAM Order Dismissing Adversary Proceeding
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Oriol-Bennett, Alexandra entered on 11/9/2011 at 12:31 PM EST and filed on 11/9/2011
**Case Name:**      Kapila, Chapter 7 Trustee for the Estate of Harvey v. Hernandez
**Case Number:**    11-02015-RAM
**Document Number:** 15

**Docket Text:**
Order Dismissing as Moot Adversary Proceeding. (Oriol-Bennett, Alexandra)

The following document(s) are associated with this transaction:

**Document description:** Main Document - Complaint
**Original filename:** ODismsisalFinal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=11/9/2011] [FileNumber=20633531-0] [3f002a0b06a99ff30eb007f75ef946ef1851fec083586fef32021fe03b4c154ace7adf79fe06d0e7709ff41d742e183a2a16efa707154c8aee65389bdb231256]]

**11-02015-RAM Notice will be electronically mailed to:**

Daniel N Gonzalez on behalf of Plaintiff Soneet Kapila, Chapter 7 Trustee for the Estate of Harvey Hernandez
dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Exhibit 1